UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NATHANAEL TRAVON MARTIN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE STATE OF NEVADA, et al.,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-01319-APG-VCF<br><br>**ORDER** |

On August 24, 2023, pro se plaintiff Nathanael Travon Martin, an inmate at Clark County Detention Center ("CCDC"), submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. (ECF Nos. 3, 1). The application to proceed *in forma pauperis* is incomplete because **Plaintiff did not include a financial certificate with the application.** Even if Plaintiff has not been at CCDC for a full six-month period, Plaintiff must still file a financial certificate for the dates that Plaintiff has been at the facility. If Plaintiff wishes to proceed with this action, Plaintiff must either pay the filing fee or file a complete application to proceed *in forma pauperis*.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. LSR 1-2.

*In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

It is therefore ordered that Plaintiff has **until November 7, 2023,** to either pay the full $402 filing fee or file a completed financial certificate that is signed both by the inmate and the prison or jail official.

Plaintiff is cautioned that this action will be subject to dismissal without prejudice if Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a complete application to proceed *in forma pauperis* or pay the required filing fee.

The Clerk of the Court is directed to send Plaintiff Nathanael Travon Martin the approved form application to proceed *in forma pauperis* for an inmate and instructions for the same.

DATED THIS 5th day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE